UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 26  P 1: 29

US DISTRICT COURT
HARTFORD CT

BRUCE STEVENS,             :
                           :
     Plaintiff             :
                           :         PRISONER
v.                         :         Case No. 3:01cv769(RNC)
                           :
WHITING FORENSIC INSTITUTION, :
et al.,                    :
                           :
     Defendants.           :

RULING AND ORDER

On September 5, 2003, defendants filed a motion to dismiss based on plaintiff's failure to respond to discovery requests. Defendants' counsel stated that she had attempted to send discovery requests to plaintiff at his current address on file and his pre-incarceration address, but both envelopes had been returned unopened, one marked "Refused."[1]

On October 7, 2003, the Court ordered plaintiff to show cause why this case should not be dismissed. Plaintiff was cautioned that failure to respond would result in dismissal without further notice. The order to show cause has not been returned to the Court, yet plaintiff has neither responded to the order nor sought additional time within which to respond.

Accordingly, defendants' motion [doc. #40] is hereby GRANTED

---

[1] Mail sent by the Clerk to plaintiff at the address on file has also been returned marked "Refused."

and this action is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 37(d) and 41(b) for plaintiff's failure to respond to discovery and also his failure to prosecute this action. Any motion to reopen the case must demonstrate good cause for plaintiff's failure to comply with discovery and his failure to prosecute the action in a timely manner.

So Ordered at Hartford, Connecticut, this 26th day of November, 2003.

Robert N. Chatigny
United States District Judge