UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRUCE STEVENS

v.

WHITING FORENSIC INSTITUTE

PRISONER
Case No.   3:01cv769 (RNC)

## J U D G M E N T

This cause came on for consideration on the defendant's motion to dismiss before the Honorable Robert N. Chatigny, United States District Judge.

The court has considered the motion and all related papers.  On November 26, 2003, the Court filed its Ruling and Order granting the defendant's motion and dismissing the case without prejudice pursuant to Rules 37(d) and 41(b), Fed. R. Civ. P.

Therefore, it is **ORDERED** and **ADJUDGED** that the complaint is dismissed without prejudice and the case is closed.

Dated at Bridgeport, Connecticut this 9th of December, 2003.

KEVIN F. ROWE, Clerk

By  /s/   Donna P. Thomas
Donna P. Thomas
Deputy Clerk

Entered on the Docket _____